PEOPLE, Respondent, v. DE VITO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Proceeding by the People of the State of New York against James De Vito, and others. No opinion. Judgment of conviction and orders affirmed.

PEOPLE, Respondent, v. EPSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Julius Epstein. No opinion. Motion granted.

PEOPLE, Respondent, v. FALLON, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Proceeding by the People of the State of New York against Thomas F. Fallon. M. E. Duffy, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 7,.1913.) Proceeding by the People of the State of New York against Max Friedman. No opinion. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that defendant is not shown guilty beyond a reasonable doubt.

PEOPLE v. FURCOLO. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Proceeding by the People of the State of New York against Ralph Furcolo. No opinion. Time extended to file printed papers and brief until January 13, 1914. Settle order on notice. See, also, 158 App. Div. 935, 143 N. Y. Supp. 1135.

PEOPLE v. GELLER. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Samuel Geller. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 156 App. Div. 900, 141 N. Y. Supp. 1120.

PEOPLE, Respondent, v. GILATO, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Proceeding by the People of the State of New York against Dominick Gilato. No opinion. Judgment of conviction of the court of Special Sessions affirmed.

PEOPLE, Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Benjamin Gleason. No opinion. Motion granted.

PEOPLE, Respondent, v. GUBITOSI, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Proceeding by the People of the State of New York against Gaetano Gubitosi. H. J. Goldsmith, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 156 App. Div. 937, 141 N. Y. Supp. 1137.

PEOPLE v. HOFFMAN. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Proceeding by the People of the State of New York against Frank Hoffman. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Abraham Jacobs. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. JEDLICKA. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York against Emil Jedlicka. With this case has been consolidated in this court cases bearing titles as follows: People v. Giuseppe M. Gaspari; Same v. Chas. Nienhaber; Same v. Frank Frankenberg. No opinions. Motions to dismiss appeals granted. Orders filed.

PEOPLE, Respondent, v. KAPLAN, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Louis Kaplan. S. Markewich, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. KUSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Proceeding by the People of the State of New York against Charles Kuster and another. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. LARKIN, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Proceeding by the People of the State of New York against Richard Larkin. F. M. Clark, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE v. LEFKOWITZ. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Proceeding by the People of the State of New York against Isaac Lefkowitz.